## DEIBLE *et al.* v. UNION IRON WORKS.

No. 3478.   Opinion Filed February 28, 1914.

(139 Pac. 252.)

**APPEAL AND ERROR**—Dismissal—Brief.   Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

*Error from District Court, Pittsburg County; Preslie B. Cole, Judge.*

Action by the Union Iron Works against A. Deible, F. Deible, and John Edmondson to recover money judgment, and for the foreclosure of an alleged mechanic's lien. Judgment for plaintiff, and defendants bring error. Dismissed.

*Cad Mathis,* for plaintiffs in error.

*A. C. Markley,* for defendant in error.

Opinion by RITTENHOUSE, C. This appeal was filed in this court January 3, 1912. Neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned. The appeal should therefore be dismissed for want of prosecution, under rule 7 of this court (38 Okla. vi). *Streeter v. McCoy,* 34 Okla. 490, 126 Pac. 216; *Thompson v. Murray,* 34 Okla. 521, 125 Pac. 1133; *Streeter v. Huene,* 34 Okla. 491, 126 Pac.

216; *Reliable Ins. Co. v. Newcomber,* 34 Okla. 759, 127 Pac. 260; *M., O. & G. Ry. Co. v. Johnson,* 34 Okla. 816, 127 Pac. 386; *First Nat. Bank v. Baldwin,* 34 Okla. 825, 127 Pac. 260; *Snow v. Frye,* 34 Okla. 826, 127 Pac. 422.

By the Court: It is so ordered.